# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:   CV-12-4174-R**                                      **DATE: AUGUST 10, 2012**

**TITLE: SARGIS GEVORGYAN -V- CREDITORS INTERCHANGE RECEIVABLES MANEGEMENT LLC et al**
==================================================================
**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                                              Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution and why New Action Filing fee should not be paid for the filing of the complaint**

THIS MATTER IS SET ON CALENDAR FOR HEARING ON AUGUST 20,

2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF

TO FILE PROOFS OF SERVICE OF SUMMONS AND COMPLAINT

ON ALL DEFENDANTS (Only Pinnacle Credit Services has been served).

IT IS FURTHER ORDERED THAT PLAINTIFF SHOW CAUSE WHY HE

SHOULD NOT PAY THE CIVIL FILING FEE FOR THE FILING OF THE

ACTION, WHEN HE HAS RETAINED COUNSEL IN THIS ACTION.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.
cc: counsel of record

**MINUTES FORM II**                                                               Initials of Deputy Clerk__WH___
**CIVIL - GEN**                                         D-M